Nathan Coleman and Another, Copartners, etc., Respondents, v. Moore & Tierney, Appellant.— Order affirmed upon plaintiffs serving stipulation as provided in order. If such stipulation be not served the order is reversed, with ten dollars costs and disbursements, and the motion granted. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Omer Feizi, Respondent, v. Alexander C. Castriotis and Another, Copartners, etc., Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith and Page, JJ.

Samuel Halperin, Appellant, v. Max Blanck and Another, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Stafford Hendrix, Respondent, v. Manhattan Beach Development Company and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Third Avenue Railway Company, Respondent, v. Patrick J. Shea and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

C. K. Y. Film Corporation, Appellant, v. Clara Kimball Young, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

C. K. Y. Film Corporation, Appellant, v. Clara Kimball Young, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Joseph Silberman, Appellant, v. Chesterfield Furniture Co., Inc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Merchant Tailors Society of the City of New York and Others, Respondents, v. Journeymen Tailors' Union of America, Local No. 390, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

First National Bank, Respondent, v. Zilberman-Rothschild Furniture Co., Inc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Walter F. Taylor, Respondent, v. The F. B. Stearns Company of Ohio, Appellant.— Order affirmed, with ten dollars costs and disbursements.